**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01465-CV

### IN THE INTEREST OF A.B. & D.Y., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-1047W**

## ORDER

Appellant Dorothy Edwards's motion to substitute appellate counsel is **GRANTED**. The Clerk is **ORDERED** to substitute the following attorney as appellant's attorney of record on appeal in place of April E. Smith:  Frank Adler, SBN 24056787, 2501 Avenue J, Suite 100, Arlington, TX 76006, telephone 817-633-3838, fax 888-605-7225.

/s/     ELIZABETH LANG-MIERS
          JUSTICE